| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Hogan, Thomas F. | 2. Court or Organization<br><br>U.S. District Court for the District of Columbia | 3. Date of Report<br><br>08/16/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>4114 U.S. Courthouse<br>333 Constitution Ave., N.W.<br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any<br>    modifications pertaining thereto, it is, in my opinion, in compliance<br>    with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Hogan, Thomas F.

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/16/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Principal - Medical Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/16/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NationsBank | 1st Trust - Professional Office Building | L |
| 2. | EverHome Mortgage (formerly known as Alliance Mortgage) | Mortgage on country property | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. --BROKERAGE ACCOUNT #1-- | | | | | | | | | |
| 2. Citibank Deposit Program | | None | J | T | | | | | |
| 3. Allied Capital Corp. | | None | | | Merged (with line 4) | 04/15/10 | J | | |
| 4. ARES Capital | | None | J · | T | | | | | |
| 5. Cigna | | None | J | T | Donated (part) | | | | |
| 6. Capital World Growth Class A | | None | K | T | | | | | |
| 7. Mayor & City Council Balt. | | None | K | T | | | | | |
| 8. | | | | | | | | | |
| 9. --BROKERAGE ACCOUNT #2-- | | | | | | | | | |
| 10. Citibank Deposit Program | A | Interest | K | T | | | | | |
| 11. Bank of America | | None | J | T | | | | | |
| 12. Capital World Growth Cl A | | None | K | T | | | | | |
| 13. Sangamon, 10/01/2010 | | None | | | Redeemed | 10/01/10 | K | C | |
| 14. Chicago coupon, 12/01/2011 | | None | K | T | | | | | |
| 15. Balt Co Cons Pub IMP due 08/01/17 | A | Interest | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. --BROKERAGE ACCOUNT #3-- | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citibank Deposit Prog | A | Int./Div. | K | T | | | | | |
| 19. Banco Santander | | None | J | T | Donated (part) | | | | |
| 20. GE Co. | | None | J | T | | | | | |
| 21. Genuine Parts Corp. | | None | K | T | Buy | 07/19/10 | K | | |
| 22. Johnson & Johnson | | None | K | T | | | | | |
| 23. Kimberly Clark | | None | K | T | | | | | |
| 24. Kinder Morgan Energy | | None | K | T | | | | | |
| 25. Pepsico | | None | K | T | | | | | |
| 26. Scotts Co | | None | K | T | | | | | |
| 27. Wal-Mart | | None | K | T | | | | | |
| 28. Yum Brands | | None | J | T | | | | | |
| 29. Templeton Emer. Mkts | | None | K | T | | | | | |
| 30. FNMA Cpn. due 09/25/20 | | None | J | T | | | | | |
| 31. --Mutual Funds-- | | | | | | | | | |
| 32. Capital World Growth | | None | K | T | | | | | |
| 33. Europacific Growth Fund Cl B | | None | L | T | | | | | |
| 34. Ivy Global Nat Res | | None | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes          J =$15,000 or less      K =$15,001 - $50,000     L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                        P3 =$25,000,001 - $50,000,000                              P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal          R =Cost (Real Estate Only)   S =Assessment           T =Cash Market
(See Column C2)          U =Book Value          V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/16/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ivy Asset Strategy Cl C | | None | K | T | | | | | |
| 36. Merrill Lynch bond | | None | K | T | Buy | 07/19/10 | K | | |
| 37. Govt Trust Cpn, 11/15/10 | | None | | | Matured | 11/15/10 | J | A | |
| 38. FHLN MTG, 07/15/10 | | None | | | Matured | 07/15/10 | J | A | |
| 39. FHLN MTG, 07/15/11 | | None | J | T | | | | | |
| 40. TVA CPN, 04/15/10 | | None | | | Matured | 04/15/10 | J | C | |
| 41. TVA CPN, 10/15/10 | | None | | | Matured | 10/15/10 | J | B | |
| 42. TVA CPN, 11/01/11 | | None | J | T | | | | | |
| 43. TVA FED BK, 11/01/12 | | None | J | T | | | | | |
| 44. Lehman Bros. CD | A | Interest | | | Matured | 11/02/10 | K | A | |
| 45. | | | | | | | | | |
| 46. --BROKERAGE ACCOUNT #4-- | | | | | | | | | |
| 47. Bank Dep Program | A | Interest | J | T | | | | | |
| 48. AT&T | | None | K | T | | | | | |
| 49. Bellsouth Corp/ATT | | None | J | T | | | | | |
| 50. Chevron Texaco | | None | L | T | | | | | |
| 51. Coca-Cola | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ConEd | | None | K | T | | | | | |
| 53. Costco | | None | K | T | | | | | |
| 54. En Bridge Energy Partners GE | | None | K | T | | | | | |
| 55. Enterprise Prods Partners | | None | K | T | | | | | |
| 56. Etablliss Delhaize Computer Corp. | | None | J | T | | | | | |
| 57. Exelon | | None | K | T | | | | | |
| 58. Exxon | | None | L | T | | | | | |
| 59. Fed. Realty Inv. Tr. | | None | K | T | | | | | |
| 60. Federal Express | | None | | | Sold | 08/08/10 | K | A | |
| 61. General Electric | | None | K | T | | | | | |
| 62. HJ Heinz | | None | K | T | | | | | |
| 63. IBM | | None | J | T | | | | | |
| 64. J.P. Morgan Chase | | None | K | T | | | | | |
| 65. Kimberly Clark | | None | K | T | | | | | |
| 66. Kinder Morgan Energy | | None | K | T | | | | | |
| 67. Eli Lilly & Co. | | None | K | T | | | | | |
| 68. Medco | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Merck & Co. | | None | K | T | | | | | |
| 70. Microsoft | | None | K | T | | | | | |
| 71. PepsiCo | | None | L | T | | | | | |
| 72. Pfizer, Inc. | | None | K | T | | | | | |
| 73. Proctor & Gamble | | None | K | T | | | | | |
| 74. 3M | | None | K | T | | | | | |
| 75. UPS | | None | K | T | Buy | 08/06/10 | K | | |
| 76. Verizon | | None | K | T | Buy | 08/06/10 | K | | |
| 77. Vodaphone | | None | | | Sold | 08/06/10 | K | A | |
| 78. Wells Fargo | | None | K | T | | | | | |
| 79. FNMA Cl 59, 10/25/2022 | | None | J | T | | | | | |
| 80. Bank of America Mtg. Sec. Cl A13 | | None | | | Redeemed | 08/25/10 | K | C | |
| 81. Bank of America Mtg. Sec. Cl A14 | | None | | | Redeemed | 08/25/10 | K | C | |
| 82. Bank of America Funding Cl 1A38 | | None | J | T | | | | | |
| 83. Bank of America Mtg Sec Cl 3A9 | | None | J | T | | | | | |
| 84. Chase Mtg. Fin. Cl 2A3 | | None | J | T | | | | | |
| 85. Chase Mtg. Fin. Cl 2A2 | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Chase Mtg. Fin. Cl 2A5 | | None | K | T | | | | | |
| 87. EuroPacific Growth Fund Cl B | | None | J | T | | | | | |
| 88. Ivy Intl Con Equity | | None | K | T | Buy | 03/03/10 | K | | |
| 89. Ivy Global Nat Resources Cl C | | None | K | T | | | | | |
| 90. Ivy Asset Strat. Cl-C | | None | J | T | | | | | |
| 91. NationsBank Sub Note | A | Interest | J | T | | | | | |
| 92. Lincoln National bond 03/15/18 | | None | J | T | Buy | 08/06/10 | J | | |
| 93. Dow Chemical 05/15/2018 | A | Interest | K | T | | | | | |
| 94. Alcoa Inc bond | | None | K | T | Buy | 01/22/10 | K | | |
| 95. Merrill Lynch bond 07/15/18 | | None | K | T | Buy | 06/02/10 | K | | |
| 96. AmerenEnergy bond | | None | K | T | Buy | 11/02/10 | K | | |
| 97. Wash RE Inv | | None | K | T | Buy | 11/02/10 | K | | |
| 98. FHLN Mtg., 1/15/10 | | None | | | Matured | 01/15/10 | J | A | |
| 99. FNMA Strips, 2/01/10 | | None | | | Matured | 02/01/10 | J | A | |
| 100. FICO Strips SR 11, 2/08/10 | | None | | | Matured | 02/08/10 | K | C | |
| 101. TVA CPN, 10/15/11 | | None | K | T | | | | | |
| 102. FICO Strips SR 19, 12/06/12 | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. TVA Bonds, 12/15/12 | | None | K | T | | | | | |
| 104. Eurobank CD, 06/08/2010 | | None | | | Redeemed | 06/08/10 | K | A | |
| 105. Capital One Bank CD, 10/26/2010 | | None | | | Matured | 10/26/10 | K | A | |
| 106. | | | | | | | | | |
| 107. --BROKERAGE ACCOUNT #5 | | | | | | | | | |
| 108. Oppenh Str Inc N | | None | K | T | | | | | |
| 109. Am Fds Cap Wld G/I R3 | | None | K | T | | | | | |
| 110. Am Euro Growth Fund R-3 | | None | K | T | | | | | |
| 111. Amer Growth Fund R-3 | | None | K | T | | | | | |
| 112. Ameri Funds Inc Fund 3 | | None | K | T | | | | | |
| 113. America Bond Fund 3 | | None | K | T | | | | | |
| 114. PIMCO Real Ret R | | None | K | T | | | | | |
| 115. Federated Kaufmann K | | None | K | T | | | | | |
| 116. Oppenh Intl Bond N | | None | K | T | | | | | |
| 117. Black Rock Temp Fund Mgmt | | None | J | T | | | | | |
| 118. Van Kampen Eq Inc R | | None | K | T | | | | | |
| 119. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/16/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. --BROKERAGE ACCOUNT #6-- | | | | | | | | | |
| 121. Citibank Deposit Program | | None | J | T | | | | | |
| 122. Capital World Growth Class A | | None | K | T | | | | | |
| 123. Euro Pacific Growth | | None | J | T | | | | | |
| 124. Franklin Tax Free Trust High Yield Taxfree Income Fnd. | A | Dividend | L | T | | | | | |
| 125. NationsBank Corp Sub Note, 9/15/16 | A | Interest | J | T | | | J | | |
| 126. Cook County #205 | | None | J | T | | | | | |
| 127. Howard County Cons. | | None | K | T | | | | | |
| 128. Maryland State Health | | None | K | T | | | | | |
| 129. | | | | | | | | | |
| 130. --OIL & GAS WELL SHARES-- | | | | | | | | | |
| 131. Total Fina Elf. | B | Royalty | J | W | | | | | |
| 132. Gas Tank Jt. Ven. | B | Distribution | K | W | | | | | |
| 133. Atlas Gas Well | A | Royalty | J | W | | | | | |
| 134. | | | | | | | | | |
| 135. --REAL ESTATE-- | | | | | | | | | |
| 136. Sussex Co., DE 1/2 int. | D | Rent | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/16/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. [          ] - country property | | None | M | W | | | | | |
| 138. Country Prop. 1/3 sh.[          ] | | None | K | W | | | | | |
| 139. [          ] Ptnrship. Fairfax Co., VA. | D | Rent | L | W | | | | | |
| 140. Ga. hsg. ptnrsh., c/o Winthrop Boston | A | Distribution | J | W | | | | | |
| 141. [          ], Fairfax Co., VA | D | Interest | L | W | | | | | |
| 142. | | | | | | | | | |
| 143. --MISC-- | | | | | | | | | |
| 144. Centennial MM Tr. Money Market | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Irrevocable Trust -- based on a 1994 Ethics Committee opinion, assets held in irrevocable trust for which [          ] serves as sole trustee and over which I have no authority whatsoever, are not required to be listed. Transactions involving assets of the trust are managed by a brokerage firm; [          ] is consulted only for a "yes" or "no" regarding prospective purchases or sales.

| Name of Person Reporting | Date of Report |
|---|---|
| Hogan, Thomas F. | 08/16/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544